IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| RAIN CORPORATION, a Nevada corporation, | ) Case No. 3:07-cv-00081-LRH-RAM )  |
| Plaintiff, | ) <u>ORDER</u>   **FOR EXTENSION OF** ) **TIME TO OPPOSE DEFENDANTS'** ) **MOTION FOR CHANGE OF VENUE** |
| v. | ) ) **(First Request)** |
| JYP ENTERTAINMENT, LTD. a Korean limited company, JI-HOON JUNG a/k/a RAIN, an individual, STAR M ENTERTAINMENT, a Korean company, | ) ) ) ) ) ) |
| Defendants. | ) ) |

The parties, through their undersigned counsel, hereby stipulate pursuant to Local Rules 6-1, 6-2 and 7-1 that the time for Plaintiff to file and serve an Opposition to Defendants' Motion for Change of Venue (Docket Nos. 83-83-4) be extended from December 10, 2007, to February 8, 2008.

This requested extension of time is made for good cause and not for purposes of delay.

1

```
 1   IS SO STIPULATED:

 2   Dated: 11/29/07                    Dated: 29 November 2007

 3   By: [signature]                    By: [signature]
 4   Michael D. Rounds                  Brad M. Johnston
     Matthew D. Francis                 HALE LANE PEEK DENNISON AND
 5   WATSON ROUNDS                      HOWARD
     5371 Kietzke Lane                  5441 Kietzke Lane, Second
 6   Reno, NV 89511                     Floor
                                        Reno, NV 89511
 7   Attorneys for Plaintiff
                                        Sunwoo Lee
 8                                      Victoria Hao
                                        Jon Crocker
 9                                      SEYFARTH SHAW LLP
                                        815 Connecticut Avenue, NW,
10                                      Suite 500
                                        Washington, D.C. 20006
11
12                                      Attorneys for Defendants
13
14                                      IT IS SO ORDERED:
15
                                        [signature]
16
17
18                                      _____
                                        LARRY R. HICKS
19                                      UNITED STATES DISTRICT JUDGE

20                                      DATED: December 3, 2007
21
22
23
24
25
26
27
28
                                    2
```